ORIGINAL

TIMOTHY J. YOO, (State Bar No. 155531)
1888 Century Park East
Suite #1500
Los Angeles, CA 90067
(310) 277-7400

Chapter 7 Trustee




**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re<br><br>SOUNDSTORM INC., A CALIF CORP.,<br><br>Debtor(s) | CASE NO. 2:04-29031-SB<br><br>CHAPTER 7<br><br>REPORT OF TRUSTEE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3010 |
|---|---|

**TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Check No: 1056

Amount: $13.08

The undersigned Trustee of the above entitled estate, having filed his final report and account herein, hereby reports that all checks due to creditors in excess of $5.00 have been included on the Trustee's Report of Distributions and Dividend Payments.

The attached list of claims and the amount to be paid to each have dividends that are less than $5.00 and, therefore, the Trustee is remitting the total of all sums owing to said creditors to the United States Bankruptcy Court.

Dated: December 22, 2008

TIMOTHY J. YOO

| NO. | CLAIMANT | AMOUNT | DIVIDEND |
|---|---|---|---|
| 00009 | ULINE<br>2200 S LAKESIDE DRIVE<br>WAUKEGAN, IL 60085 | $89.18 | $.47 |
| 000010 | PINEWOOD STUDIO<br>1119 HOMER STREET<br>VANCOUVER, BC V6B 271 | $251.85 | $1.32 |
| 000017 | CHEVRON TEXACO PRODUCTS<br>2001 DIAMOND BLVD<br>PO BOX 5010, SECT 230<br>CONCORD, CA 94524-0010 | $482.88 | $2.53 |
| 000025 | DOLBY<br>100 POTRERO AVENUE<br>SAN FRANCISCO, CA 94103 | $375.00 | $1.96 |
| 000035 | VISUAL RAVE<br>181 ROBINSON DRIVE<br>TUSTIN, CA 92782 | $355.00 | $1.86 |
| 000036 | ADVENTURES IN<br>ADVERTISING FRANCHISE<br>15183 AMALIA STREET<br>SAN DIEGO, CA 92129 | $943.08 | $4.94 |
| | | TOTAL | **$13.08** |

**DECLARATION OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am employed in an office that employs a member of the Bar of this Court, at whose direction the within service was made. My business address is 1888 Century Park East, Suite 1500, Los Angeles, California 90067.

On December 22, 2008, I served the following: **REPORT OF TRUSTEE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3010,** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first-class postage thereon fully prepaid, in the United States mail at Los Angeles, California, as follows:

**Office of the U.S. Trustee**
**725 S Figueroa St, 26th Fl**
**Los Angeles, CA 90017**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 22, 2008, at Los Angeles, California.

LINDA RIESS